AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JED MARGOLIN,

     Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                          CASE NUMBER: **3:09-CV-00421-LRH-VPC**

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,

     Defendant.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (#32) is GRANTED in part and DENIED in part as specified in Order (#62) filed on March 31, 2011.
     **IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (#46) is GRANTED in part and DENIED in part as specified in Order (#62) filed on March 31, 2011.


  March 31, 2011                                    **LANCE S. WILSON**
                                                              Clerk

                                                           /s/ D. R. Morgan
                                                           Deputy Clerk