UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JED MARGOLIN,

    Plaintiff,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

    Defendant.

3:09-CV-00421-LRH-VPC

ORDER

    Before the court are Plaintiff Jed Margolin's Motion to Compel NASA to Disclose Assets in the State of Nevada (#74) and Motion Requesting NASA be Held in Contempt (#75), filed on February 6, 2012. The motions involve Margolin's attempt to enforce this court's Order (#73) of November 4, 2011, taxing costs in the amount of $525.06. In opposition, NASA represents that Margolin would be paid in March 2012. Although such action would render the motions moot, that time has passed without further notification to the court.

    IT IS THEREFORE ORDERED that NASA shall file a status report on this matter within 10 days of this order.

    IT IS SO ORDERED.

    DATED this 16th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE