UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JED MARGOLIN,

    Plaintiff,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

    Defendant.

3:09-CV-00421-LRH-VPC

ORDER

    Before the court are Plaintiff Jed Margolin's Motion to Compel NASA to Disclose Assets in the State of Nevada (#74) and Motion Requesting NASA Be Held in Contempt (#75), filed on February 6, 2012. The motions involve Margolin's attempt to enforce this court's Order (#73) of November 4, 2011, taxing costs in the amount of $525.06. In response to the court's Order (#80) of May 17, 2012, NASA filed a status report (#81) on May 29, 2012, indicating that Margolin would be paid within 10 working days. Unless the court receives notification by July 6, 2012 that satisfaction of the costs award has not occurred, the pending motions shall be denied.

    IT IS SO ORDERED.

    DATED this 25th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE