UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JED MARGOLIN,

    Plaintiff,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

    Defendant.

3:09-CV-00421-LRH-VPC

<u>ORDER</u>

    Before the court are Plaintiff Jed Margolin's Motion to Compel NASA to Disclose Assets in the State of Nevada (#74) and Motion Requesting NASA Be Held in Contempt (#75), filed on February 6, 2012. The motions involve Margolin's attempt to enforce this court's Order (#73) of November 4, 2011, taxing costs in the amount of $525.06. In response to the court's Order (#84) of June 25, 2012, the same day Margolin filed a declaration (#85) indicating that satisfaction of the costs award had not yet occurred. However, on June 27, 2012, NASA submitted notice and proof (#86) that payment of the costs award was mailed to Margolin on June 26, 2012.

    IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel (#74) and Motion Requesting NASA Be Held in Contempt (#75) are hereby DENIED.

    IT IS SO ORDERED.

    DATED this 28th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE